**James Lee HALL, Movant-Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 34268.**

Missouri Court of Appeals,
Western District.

Sept. 13, 1983.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
Nov. 15, 1983.

*Cheesebrew,* 575 S.W.2d 218, 223 (Mo.App. 1978); *State v. Burr,* 542 S.W.2d 527, 531 (Mo. App.1976).

Joseph H. Locascio, Sp. Public Defender, Mimi Droll, Asst. Public Defender, Kansas City, for movant-appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SOMERVILLE, P.J., and MANFORD and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

This is a direct appeal from denial of post-conviction relief pursuant to a Rule 27.26 motion.

Judgment affirmed. Rule 84.16(b).